**Eduardo DeLaGARZA; et al, Plaintiffs**

---

**Eduardo DeLaGarza, Plaintiff–Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Defendant–Appellee.**

No. 04–20693.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 13, 2005.

Afton Jane Izen, Bellaire, TX, for Plaintiff–Appellant.

David C. Belt, U.S. Postal Service, Washington, DC, for Defendant–Appellee.

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.